**Electronically Filed
Supreme Court
SCWC-28516
09-OCT-2012
02:23 PM**

NO. SCWC-28516

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

———

GERARD R. LALES, Respondent/Plaintiff-Appellant,

vs.

WHOLESALE MOTORS COMPANY, dba JN AUTOMOTIVE GROUP, JOHNNY
MARTINEZ, and GARY MARXEN, SR., Petitioners/Defendants-Appellees.

———

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 28516; CV. NO. 03-1-2415)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ.,
and Circuit Judge Browning, in place of Pollack, J., recused)

Petitioners/Defendants-Appellees JN Group, Inc., fka

Wholesale Motors, Inc., dba JN Automotive Group, Johnny Martinez

and Gary Marxen, Sr.'s application for writ of certiorari, filed

on September 4, 2012, is hereby accepted and will be scheduled

for oral argument.  The parties will be notified by the appellate

clerk regarding scheduling.

DATED:  Honolulu, Hawai'i, October 9, 2012.

Christopher J. Muzzi for          /s/ Mark E. Recktenwald
petitioners

                                  /s/ Paula A. Nakayama
Daphne E. Barbee for
respondent                        /s/ Simeon R. Acoba, Jr.

                                  /s/ Sabrina S. McKenna

                                  /s/ R. Mark Browning

